# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 09-cv-00368-CMA-KLM

ANGELA CARMAN,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION, and
COMMUNICATIONS WORKERS OF AMERICA, LOCAL 7743,

    Defendants.

## ORDER SETTING HEARING ON LAW AND MOTION CALENDAR

This matter comes before the Court on Defendant Qwest Communications Corporation's Amended Motion to Dismiss (Doc. # 25).  The Court hereby schedules a non-evidentiary hearing on its law and motion calendar to address Defendant's Motion. Such hearing shall be held on **May 15, 2009, at 2:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    DATED:  April 27, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge