IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00368-CMA-KLM

ANGELA CARMAN,

   Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION, and
COMMUNICATIONS WORKERS OF AMERICA, LOCAL 7743,

   Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Plaintiff's **Motion for Leave to File Amended Complaint (Unopposed)** [Docket No. 35; Filed May 13, 2009] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts Plaintiff's Amended Complaint [Docket No. 35-2] for filing as of the date of this Order.

Dated:  May 13, 2009