## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-00368-CMA-KLM

ANGELA CARMAN,

      Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION, and
COMMUNICATIONS WORKERS OF AMERICA, LOCAL 7743,

      Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to the parties' Stipulation For Dismissal With Prejudice (Doc. # 41), the Court hereby ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED:  August __12__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge